1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RENO FUENTES RIOS,

11            Petitioner,                    No. CIV S-09-1285 JAM KJM P

12        vs.

13   WARDEN, CSP CORCORAN,

14            Respondent.                    ORDER

15   _____/

16            Petitioner has requested the appointment of counsel.  There currently exists no

17   absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d

18   453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at

19   any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing

20   § 2254 Cases.  In the present case, the court does not find that the interests of justice would be

21   served by the appointment of counsel at the present time.

22   /////

23   /////

24   /////

25   /////

26   /////

1    Accordingly, IT IS HEREBY ORDERED that petitioner's request for

2  appointment of counsel (Docket No. 9) is denied without prejudice to a renewal of the motion at

3  a later stage of the proceedings.

4  DATED: July 13, 2009.

5  _____

6  U.S. MAGISTRATE JUDGE

7  /kly
   rios1285.110

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26